

# Missouri Court of Appeals
## Southern District

## SEPTEMBER 17, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No. SD33334

    Re:  STATE OF MISSOURI,
         Plaintiff-Respondent,
         vs.
         RICHARD DUANE McNABB II,
         Defendant-Appellant.

2.  Case No. SD33491

    Re:  STATE OF MISSOURI,
         Plaintiff-Respondent,
         v.
         CHARLES EARL FRANCIS,
         Defendant-Appellant.